COMMONWEALTH of Pennsylvania,
Respondent

v.

Muhammad HARGROVE, Petitioner

No. 390 EAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.